| AO 10<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gardner, James, Knoll | 2. Court or Organization<br><br>Eastern District of PA | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Edward N. Cahn U.S. Courthouse<br>504 W. Hamilton Street, #4701<br>Allentown, PA 18101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer, Director | Allentown Symphony Association |
| 2. Director | Boys and Girls Club of Allentown, Inc. |
| 3. Director | Police Athetic League, Inc. |
| 4. Custodian | Brokerage Account #3: UPIA/UGMA |
| 5. General Partner (passive investment in Subchapter "S" Corporation) | 1/6 share of Rental Property #1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | State Employees Pension Fund; retirement pension for former judicial position, includes medical insurance and long-term care benefits, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2002 | State Employees Pension Fund reported in Part II (fixed benefits from a vested pension plan) | $ 67,455.60 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | self-employed realtor |
| 2. 2005 | self-employed piano teacher |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. The New York Intellectual Property Law Association (NYIPLA) | March 18-19, New York, NY--83rd Annual Dinner in Honor of the Federal Judiciary (Food and Hotel) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Johnson Capital | 1/6 share Mortgage on Rental Property #1, Torrence, California (Pt. VII, line 1) | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Torrence, California (1997 $533,333) | E | Rent | O | Q | | | | | |
| 2. Time Share #1, Williamsburg, Virginia (1999 $18,700) | C | Rent | K | R | | | | | |
| 3. Sovereign Bank Accounts | B | Interest | M | T | | | | | |
| 4. IRA #1 (Evergreen Foundation Fund Class B) | A | Dividend | J | T | | | | | |
| 5. Brokerage Account #1: | | | | | | | | | |
| 6. CITIBANK N.A. Bank Deposit Program | A | Interest | K | T | | | | | |
| 7. Disney - Common Stock | A | Dividend | J | T | | | | | |
| 8. SB Fundamental Value Fund Class A - Mutual Fund | A | Dividend | J | T | | | | | |
| 9. Altoona City Authority Water Revenue Bond | A | Interest | K | T | | | | | |
| 10. Ford Motor Company - Bond | A | Interest | J | T | | | | | |
| 11. SB Appreciation Fund Class A - Mutual Fund | A | Dividend | J | T | | | | | |
| 12. Calamos Convertible & High Income Fund - Bond | A | Dividend | J | T | | | | | |
| 13. Sterling Savings Bank - Certificate of Deposit | A | Interest | | | Redeem | 2/28 | J | | N/A |
| 14. Amcore Bank, N.A. - IL - Certificate of Deposit | A | Interest | J | T | | | | | |
| 15. Anchorbank, F.S.B. - WI - Certificate of Deposit | A | Interest | J | T | | | | | |
| 16. Progress Energy, Inc. - Common Stock | A | Dividend | | | Sell | 3/7 | J | A | N/A |
| 17. Amgen, Inc. - Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 3M Company - Common Stock | A | Dividend | J | T | | | | | |
| 19. Wells Fargo & Company - Common Stock | A | Dividend | J | T | | | | | |
| 20. Calamos Strategic Total Return Fund - Equity Fund | A | Dividend | J | T | | | | | |
| 21. Liberty All Star Equity Fund | A | Dividend | J | T | | | | | |
| 22. Aim European Growth Fund Class A - Mutual Fund | | None | | | Sell | 7/8 | J | B | N/A |
| 23. SB Capital and Income Fund Class B - Mutual Fund | A | Dividend | J | T | | | | | |
| 24. Luzerne County PA Water Revenue Bond | A | Interest | J | T | | | | | |
| 25. Microsoft Corporation - Common Stock - See Part VIII | A | Dividend | J | T | Buy | 12/14 2004 | J | | N/A |
| 26. Chevron Texaco Corporation - Common Stock | A | Dividend | J | T | Buy | 3/16 | J | | N/A |
| 27. Safra National Bank - NY - Certificate of Deposit | A | Interest | J | T | Buy | 3/17 | J | | N/A |
| 28. Brokerage Account #2 (Custodial Account #1) See Part VIII | | | | | | | | | |
| 29. Brokerage Account #3 (Custodial Account #2): | | | | | | | | | |
| 30. CITIBANK N.A. - Bank Deposit Program | A | Interest | K | T | | | | | |
| 31. Progress Energy Inc. - Common Stock | A | Dividend | | | Sell | 3/7 | J | A | N/A |
| 32. General Motors Acceptance Corp SmartNotes - Bond due 3/15/05 | A | Interest | | | Sell | 3/15 | J | | N/A |
| 33. Household Finance Internotes - Bond | A | Interest | | | Redeem | 6/15 | J | | N/A |
| 34. Amcore Bank, N.A. - IL - Certificate of Deposit (2.5%) | A | Interest | | | Redeem | 11/24 | K | | N/A |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Amcore Bank, N.A. - IL - Certificate of Deposit (3%) | A | Interest | J | T | | | | | |
| 36. Millennium Bank, N.A. - VA - Certificate of Deposit | A | Interest | K | T | | | | | |
| 37. Microsoft Corporation - Common Stock - See Part VIII | | | | | Cancel Buy | 12/14 2004 | J | | N/A |
| 38. Lehman Brothers Bank, FSB - DE - Certificate of Deposit | A | Interest | J | T | Buy | 3/16 | J | | N/A |
| 39. Netbank - GA - Certificate of Deposit | A | Interest | | | Buy | 3/16 | J | | N/A |
| 40. | | | | | Redeem | 6/23 | J | | N/A |
| 41. Beal Savings Bank - NV - Cert. of Deposit - See Part VIII | | | | | Buy | 9/1 2004 | J | | N/A |
| 42. | A | Interest | | | Redeem | 9/7 | J | | N/A |
| 43. Brokerage Account #4: | | | | | | | | | |
| 44. General Electric Corporation (GE) - Common Stock | A | Dividend | J | T | | | | | |
| 45. Johnson & Johnson - Common Stock | A | Dividend | J | T | | | | | |
| 46. SB Appreciation Fund Class B - Mutual Fund | A | Dividend | J | T | | | | | |
| 47. SB Capital Preservation Fund II Class B - Mutual Fund | | None | | | Sell | 1/31 | J | | N/A |
| 48. SB Capital and Income Fund Class B - Mutual Fund | A | Dividend | J | T | Buy | 1/31 | J | | N/A |
| 49. End of Brokerage Account #4 | | | | | | | | | |
| 50. Tme Share #2, Williamsburg, Virginia (2002 $19,900) | C | Rent | K | R | | | | | |
| 51. IRA #2 (Legg Mason): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Legg Mason Special Investment Trust - Equity Fund | B | Dividend | J | T | | | | | |
| 53. Royce Total Return Fund Consultant - Equity Fund | A | Dividend | J | T | | | | | |
| 54. Van Kampen Equity & Income Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 55. Putnam Mid Cap Value Fund Class C - Mutual Fund | A | Dividend | K | T | | | | | |
| 56. American Funds: Growth Fund America, Inc. Class C-Mut. Fund | A | Dividend | J | T | | | | | |
| 57. Legg Mason Value Trust - Equity Fund | | None | J | T | | | | | |
| 58. American High Income Fund Exchange Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 59. American Balanced Fund Inc. Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 60. Cisco Systems Inc. - Equity | | None | | | Sell | 2/14 | J | | N/A |
| 61. Legg Mason Opportunity Trust - Mutual Fund | | None | J | T | | | | | |
| 62. Oppenheimer Developing Markets Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 63. UIT First Trust - Investment Trust | A | Dividend | | | Redeem | 4/5 | J | A | N/A |
| 64. Lincoln National Life Insurance Co - Annuity | | None | L | T | | | | | |
| 65. Govovernment National Mortgage Association Class CA - Bond | A | Interest | | | Part Redeem | 1/20 | J | | N/A |
| 66. | A | Interest | | | Part Redeem | 2/22 | J | | N/A |
| 67. | A | Interest | | | Part Redeem | 3/21 | J | | N/A |
| 68. | A | Interest | | | Part Redeem | 4/20 | J | | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | A | Interest | | | Final Redeem | 4/20 | J | | N/A |
| 70. Zebra Technologies Corporation Class A - Equity | | None | J | T | Buy | 2/14 | J | | N/A |
| 71. Capital World Growth & Income Fund Class C - Mutual Fund | A | Dividend | J | T | Buy | 2/14 | J | | N/A |
| 72. Lord Abbett Research Fund Inc. Class C - Mutual Fund | A | Dividend | J | T | Buy | 2/14 | J | | N/A |
| 73. Government National Mortgage Association Class JB - Bond | B | Interest | K | T | Buy | 2/28 | K | | N/A |
| 74. Legg Mason Cash Account - 2003 - See Part VIII | A | Interest | K | T | Establish | 3/3 2003 | K | | N/A |
| 75. Legg Mason Cash Account - 2004 - See Part VIII | A | Interest | J | T | | | | | |
| 76. Legg Mason Cash Account - 2005 | A | Interest | J | T | | | | | |
| 77. End of IRA #2 | | | | | | | | | |
| 78. New York Life Whole Life | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Re Part VII, Line 25: On December 14, 2004 my broker purchased ▮▮▮▮▮▮ of Microsoft Corporation common stock for Brokerage Account #1. The transaction was not recorded on the account statement until February 27, 2005. Therefore, this transaction was not reported in the 2004 report.

2. Re Part VII, Line 28: Brokerage Account #2 (Custodial Account #1) does not qualify for reporting this period because the account owner is over age 21 and is not a dependent of the reporting person within the meaning of the Internal Revenue Code of 1986 (26 U.S.C. §152), and therefore is not a dependent child as defined in section 102(e)(2) of the Ethics in Government Act of 1978, as amended, 5 U.S.C. §102(e)(2). Moreover, as reported in Part VII, line 37 of the 2004 Financial Disclosure Report, and in Part VIII, paragraph 2 of the 2004 Financial Disclosure Report, Brokerage Account #2 was redeemed on May 20, 2004 and no longer exists.

3. Re Part VII, Line 37: On December 14, 2004 my broker erroneously purchased ▮▮▮▮▮▮ of Microsoft Corporation common stock for Brokerage Account #3 (Custodial Account #2). This $8,347.29 purhcase was reported in Part VII, Line 60 of the 2004 Financial Disclosure Report. In the brokerage acccount statement for the period January 31 - February 27, 2005 the purchase was canceled effective December 14, 2004. This cancellation is reflected in Part VII, Line 37 of the within 2005 Financial Disclosure Report.

4. Re Part VII, Line 41: On September 1, 2004 a $4,000 certificate of deposit was purchased from Beal Savings Bank-NV for Brokerage Account #3 (Custodial Account #2). Inadvertently, this purchase was not reflected in the 2004 Financial Disclosure Report. That omission is rectified in Part VII, Line 41, of the within 2005 Financial Disclosure Report.

5. Re Part VII, Line 74: A Legg Mason Cash Account was established in IRA #2 on March 3, 2003. Inadvertently, this account was not reflected in the 2003 Financial Disclosure Report. That omission is rectified in Part VII, Line 74, of the within 2005 Financial Disclosure Report.

6. Re Part VII, Line 75: Inadvertently, the Legg Mason Cash Account in IRA #2 was not reflected in the 2004 Financial Disclosure Report. That omission is rectified in Part VII, Line 75, of the within 2005 Financial Disclosure Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur                                                              Date _May 15, 2006_

NOTE: ANY ~~INDIVIDUAL~~ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544